# Order

**Michigan Supreme
Court
Lansing, Michigan**

January 20, 2015

Robert P. Young, Jr.,
Chief Justice

148927(48)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MATTHEW HELTON,
          Plaintiff-Appellant,

v

SC: 148927
COA: 314857
Oakland CC Family Division:
          2012-798218-DP

LISA MARIE BEAMAN and DOUGLAS
BEAMAN,
          Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of the plaintiff-appellant to extend the time for filing his brief on appeal is GRANTED. The brief submitted on January 12, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2015

